United States District Court
Southern District of Texas
**ENTERED**
May 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| OSCAR RODRIGUEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-00078 |
| § | |
| WELLINGTON INSURANCE § | |
| COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers the joint stipulation to dismiss filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without court order when the stipulation of dismissal is signed by all parties who have appeared. Here, the stipulation of dismissal is signed by all parties who have appeared.[2] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of May, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 5.
[2] *Id*. pp. 2–4; Dkt. No. 1-4. The Court observes that Defense Counsel Mike West ostensibly only signed on behalf of Palomar Specialty Insurance. However, he also held himself out to be an agent of Wellington Insurance Company in its consent to removal.